B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kearney Construction Co., LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3917360** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5115 Joanne Kearney Blvd.**<br>**Tampa, FL**<br>ZIP Code **33619** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kearney Construction Co., LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Kearney Construction Co., LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Stephen R. Leslie, Bar No. 000349**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

8/26/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Brian W. Seeger**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

8/25/09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   Kearney Construction Co., LLC                                              Case No. _____
_____,
                          Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Florida Equipment Co., LLC<br>Middle District of Florida | 8:09-bk-11792-CED<br>Affiliate | 06/04/09<br>Caryl E. Delano |
| Florida Trucking Company, Inc.<br>Middle District of Florida | 8:09-bk-11791-CED<br>Affiliate | 06/04/09<br>Caryl E. Delano |

| | | |
|---|---|---|
| A-1 FLORIDA SOD<br>450 DEEN STILL ROAD<br>DAVENPORT, FL 33897 | A2B ENGINEERING LLC<br>11218 POCKET BROOK DRIVE<br>TAMPA, FL 33635 | AA CASEY CO.<br>5124 NEBRASKA AVE<br>TAMPA, FL 33603-2398 |
| AAPIANSTING INC.<br>DBA APPALACHIAN SPRING<br>8625 TOMKOW RD.<br>LAKELAND, FL 33809 | ACP-PAVERS BY DESIGN INC.<br>P. O. BOX 2228<br>OLDSMAR, FL 34677 | Adam Grant<br>c/o Bradley G. Smith, Esq.<br>PO Drawer 1089<br>Lakeland, FL 33802 |
| ADAMS TANK & LIFT INC<br>4567 131ST AVENUE NORTH<br>CLEARWATER, FL 33762 | AERIAL INNOVATIONS INC.<br>3703 W. AZEELE<br>TAMPA, FL 33609 | AGRO DISTRIBUTION<br>4094 PAUL BUCHMAN<br>PLANT CITY, FL 33565 |
| AIR COMPONENTS & EQUIPMENT INC<br>P O DRAWER 16988<br>TAMPA, FL 33687 | AIRTECK LLC<br>P. O. BOX 2071<br>RIVERVIEW, FL 33568 | AJAX PAVING, INC.<br>510 GENE GREEN RD.<br>NOKOMIS, FL 34275-3624 |
| ALFORD CONSTRUCTION, INC.<br>P.O. BOX 15757<br>TAMPA, FL 33684-5757 | Alfredo Rescalvo<br>c/o TJ Grimaldi, Esq.<br>109 S. Moody Ave.<br>Tampa, FL 33609 | AM PM COFFEE SERVICE<br>TAMPA BAY VENDING INC.<br>9501 PALM RIVER ROAD<br>TAMPA, FL 33619 |
| American Contractor Supply<br>American Ladder & Scaffolding<br>12645 49th St. North<br>Clearwater, FL 33762 | AMERICAN LIGHTING &<br>SIGNALIZATION INC.<br>11639 DAVIS CREEK RD.EAST<br>JACKSONVILLE, FL 32256 | AMERICAN ROLL-UP DOOR CO.<br>211 PRIDE ROAD<br>TAMPA, FL 33619 |
| Amerisure<br>140 Fountain Parkway<br>Ste 200<br>St Pete, FL 33716 | Ameritech Concrete Contractors<br>P. O. BOX 909<br>Ruskin, FL 33575 | AMTEX CASTING REPAIR<br>1412 N. 22ND STREET<br>TAMPA, FL 33605 |
| ANGELOS RECYCLED MATERIAL<br>P. O. BOX 1493<br>LARGO, FL 33779 | APAC, INC. CENTRAL FLA.<br>P. O. BOX 198641<br>ATLANTA, GA 30384-8641 | AQUA SYSTEMS<br>2907 N. FLORIDA AVENUE<br>TAMPA, FL 33602 |
| ASSOCIATED CONSTRUCTION<br>PRODUCTS, INC.<br>25352 WESLEY CHAPEL BLVD.<br>LUTZ, FL 33559 | ATLANTIC CONCRETE<br>P. O. BOX 729<br>SARASOTA, FL 34230 | Auburn Barberree<br>c/o R. Scott Bunn, Esq<br>99 Sixth St. SW<br>Winter Haven, FL 33880 |
| Austin & Son Auto Electric & Radiator<br>3909 Florida Ave.<br>Tampa, FL 33603 | AVT EQUIPMENT LLC<br>5115 JOANNE KEARNEY BLVD.<br>TAMPA, FL 33619 | B & H OIL<br>PO BOX 29<br>T or C, NM 87901 |

| | | |
|---|---|---|
| B & H SERVICES INC.<br>4231 KEENE ROAD<br>PLANT CITY, FL 33565 | B&B HORIZONTAL OF MANATEE<br>P. O. BOX 594<br>PARISH, FL 34219 | BAKER WELL DRILLING INC<br>9915 U.S. HWY. 301 NORTH<br>TAMPA, FL 33637 |
| Bank of America<br>101 E Kennedy Blvd<br>Tampa, FL 33602-4300 | BATTERY EXPRESS<br>P O BOX 450<br>BRANDON, FL 33509-0450 | BAY AREA ENVIRONMENTAL<br>SERVICES, INC.<br>P.O. BOX 1720<br>RIVERVIEW, FL 33568 |
| BE-MAC SERVICES, INC.<br>8501 GUNN HWY<br>ODESSA, FL 33556 | BENNETT GRASSING & HAY<br>FARMS, INC.<br>P. O. BOX 271191<br>TAMPA, FL 33688 | BEST LINE OIL CO.,INC.<br>219 N. 20TH ST.<br>TAMPA, FL 33605 |
| Best Termite & Pest Control, Inc.<br>8120 N. Armenia Ave.<br>Tampa, FL 33604 | BIG T TIRE<br>1109 W. MAIN STREET<br>AVON PARK, FL 33825 | BILLS PRESCRIPTION CENTER<br>202 E. BRANDON BLVD.<br>BRANDON, FL 33511 |
| BLEVINS ROAD BORING<br>15044 REGINALD LANE<br>HUDSON, FL 34667 | BOB'S BARRICADES INC.<br>P. O. BOX 863611<br>ORLANDO, FL 32886-3611 | BOLT & NUT<br>10704 N. 46TH ST.<br>TAMPA, FL 33617-3480 |
| BOTTRELL AGENCY<br>P. O. BOX 1490<br>JACKSON, MS 39215-1490 | BOWYER-SINGLETON & ASSOC.<br>520 SOUTH MAGNOLIA AVE<br>ORLANDO, FL 32801 | BRAVO FENCE<br>11302 N. NEBRASKA AVE.<br>TAMPA, FL 33612 |
| BRIGGS CONSTRUCTION EQUIP<br>P. O. BOX 409794<br>ATLANTA, GA 30384-9794 | BUDGET AUTO GLASS, INC.<br>3618 HAVENDALE BLVD.<br>WINTER HAVEN, FL 33801 | BUDS, BLOOMS & BEYOND<br>11234 W. HILLSBOROUGH AVE.<br>TAMPA, FL 33635 |
| C & C PUMPING SERVICES INC<br>19968 INDEPENDENCE BLVD.<br>GROVELAND, FL 34736 | C N A<br>2405 Lucien Way 5th Floor<br>Maitland, FL 32751 | CALLAGHAN TIRE<br>P. O. BOX 850001<br>ORLANDO, FL 32885-0330 |
| CEMEX<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 | CENTRAL FLORIDA FRAME AXLE<br>AMERICAN FRAME & AXLE<br>5710 CAUSEWAY BLVD<br>TAMPA, FL 33619 | CENTRAL STATE AGGREGATES<br>P. O. BOX 100<br>CRYSTAL SPRINGS, FL 33524 |
| CINTAS CORPORATION<br>7101 PARKE EAST BLVD.<br>TAMPA, FL 33610 | Cleaners, The<br>104 W. Grant St.<br>Plant City, FL 33566 | Clifford Stager<br>c/o Jeff Diamond, Esq.<br>9950 Princess Palm Ave<br>Tampa, FL 33619 |

| | | |
|---|---|---|
| CMC CONSTRUCTION SERVICES<br>DEPT. 1133<br>P. O. BOX 121133<br>DALLAS, TX 75312-1133 | COASTAL TRAINING TECHNOLOGIES<br>P. O. BOX 846078<br>DALLAS, TX 75284-6078 | COASTAL WIPERS,INC.<br>DBA RAGTIME<br>6803 PARKE EAST BLVD.<br>TAMPA, FL 33610 |
| COMMERCIAL CARRIER LOGISTICS LLC<br>1623 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | COMPUTER GUIDANCE CORP.<br>15035 NORTH 75TH STREET<br>SCOTTSDALE, AZ 85260 | COMPUTER PARTS OF AMERICA<br>601 W. HILLSBOROUGH AVE.<br>TAMPA, FL 33603-1303 |
| CONCRETE CUTTERS,INC<br>5401-A OLD FLOYD RD<br>MARBLETON, GA 30059 | Concrete Recyclers Corp.<br>6108 W. Linebaugh Ave.<br>Tampa, FL 33625 | CONSTRUCTION MATERIALS<br>P. O. BOX 11407<br>BIRMINGHAM, AL 35246-1374 |
| CONTECH CONSTRUCTION PRODUCTS<br>P. O. BOX 100715<br>ATLANTA, GA 30384 | CONTINENTAL TIRE<br>P. O. BOX 60049<br>CHARLOTTE, NC 28260-0049 | CORNERSTONE CONCRETE CONS<br>4514 OAK FAIR BLVD.<br>STE. 140<br>TAMPA, FL 33610 |
| CREEKSIDE NURSERY INC<br>16316 BELLAMY BROTHERS BL<br>DADE CITY, FL 33523 | CRUMPTON WELDING<br>P.O. BOX 75939<br>TAMPA, FL 33675 | CRYSTAL COMMUNICATONS<br>4814 W. COMMERCIAL BLVD.<br>TAMARAC, FL 33319 |
| CURA SOD<br>6006 N 22ND ST<br>TAMPA, FL 33610 | D & R PRIME INC.<br>P. O. BOX 1470<br>PALMETTO, FL 34220 | DACEY DEWATERING<br>809 E. BLOOMINGDALE AVE<br>#249<br>BRANDON, FL 33511 |
| DALE CARNEGIE TRAINING<br>1408 N.WESTSHORE STE.912<br>TAMPA, FL 33607 | Dale Whitmarsh<br>c/o Ivan Voronec, Esq.<br>201 N. Franklin St., 7th Floor<br>Tampa, FL  33602 | DC JOHNSON ASSOCIATED<br>11911 SOUTH CURLEY STREET<br>SAN ANTONIO, FL 33576 |
| Deere Credit<br>P. O. BOX 4450<br>Carol Stream, IL 60197-4450 | DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION<br>P.O. BOX 6300<br>TALLAHASSEE, FL 32314-6300 | DEWALT REPAIR CENTER<br>DIV. BLACK & DECKER<br>P. O. BOX 98692<br>CHICAGO, IL 60693-8692 |
| DIAMOND C TRANSPORT INC.<br>P.O. BOX 490163<br>LEESBURG, FL 34749-0163 | DIVERSIFIED LIFTING SYSTEMS, INC.<br>4702 DISTRIBUTION DR<br>TAMPA, FL 33605-5922 | Douglas Cook<br>c/o Todd Parrish, Esq.<br>PO Drawer 1089<br>Lakeland, FL  33802 |
| ELITE FENCE LLC<br>6311 LAND O'LAKES BLVD.<br>LAND O' LAKES, FL 34638 | EMK CONSULTANTS<br>7815 N. DALE MABRY HWY.<br>TAMPA, FL 33614 | ENTRIX INC.<br>P. O. BOX 712103<br>CINCINNATI, OH 45271-2103 |

| | | |
|---|---|---|
| EQUIBORE OF AMERICA<br>11880 34TH STREET NORTH<br>CLEARWATER, FL 33762 | ER JAHNA INDUSTRIES<br>P.O. BOX 840<br>LAKE WALES, FL 33859-0840 | ERB & ROBERTS INC<br>P. O. BOX 140297<br>GAINESVILLE, FL 32614-0297 |
| ESPINOZA CONSTRUCTION INC<br>912 KNIGHT ST.<br>SEFFNER, FL 33584 | FAULKNER ENGINEERING SVC.<br>12904 DUPONT CIRCLE<br>TAMPA, FL 33626 | FCC ENVIRONMENTAL<br>HYDROCARBON RECOVERY SVC.<br>BOX 757600<br>PHILADELPHIA, PA 19175-7600 |
| FCC Equipment Financing, Inc.<br>P. O. Box 905010<br>Charlotte, NC 28290-5010 | Felix Rodriguez<br>c/o Leo Gomez, Esq.<br>1515 N. Marion St., 1st Floor<br>Tampa, FL 33602 | FERGUSON WATERWORKS<br>8008 E. SLIGH AVE.<br>TAMPA, FL 33610 |
| FERMAN CHEVROLET,INC<br>C/O COMMERCIAL BILLING<br>P. O. BOX 2201<br>DECATUR, AL 35609-2201 | FIRST INSURANCE FUNDING<br>DBA BROADWAY PREMIUM CORP<br>P. O. BOX 66468<br>CHICAGO, IL 60666-0468 | FLASH EQUIPMENT INC<br>2061 WHITFIELD PARK AVE.<br>SARASOTA, FL 34243 |
| FLD&E SURVEYING<br>FLD ACQUISTION INC.<br>4519 GEORGE RD.SUITE 130<br>TAMPA, FL 33634 | FLEET PRODUCTS INC.<br>6510 GOLDEN GROVES LANE<br>TAMPA, FL 33610-2016 | FLINT POWER SYSTEMS<br>P. O. BOX 3206<br>ALBANY, GA 31707-3206 |
| FLORIDA CRUSHED STONE CO.<br>CEMEX<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 | FLORIDA DESIGN CONSULTANT<br>3030 STARKEY BOULEVARD<br>NEW PORT RICHEY, FL 34655 | FLORIDA GAS & ELECTRIC<br>8011 LAND O LAKES BLVD<br>LAND O LAKES, FL 34639 |
| FLORIDA INDUSTRIAL<br>PRODUCTS INC.<br>P O BOX 5137<br>TAMPA, FL 33675-5137 | FLORIDA LEVEL & TRANSIT<br>P.O. BOX 552197<br>TAMPA, FL 33655-2197 | FLORIDA NATIVE NURSERY, INC<br>4115 NATIVE GARDEN DRIVE<br>PLANT CITY, FL 33565 |
| FLORIDA POWERTRAIN & HYD.<br>P.O. BOX 6307<br>JACKSONVILLE, FL 32236-6307 | FLORIDA ROCK INDUSTRIES<br>VULCAN MATERIALS COMPANY<br>P.O.BOX 620000,STOP 9927<br>ORLANDO, FL 32891-9927 | FLORIDA SOIL CEMENT, LLC<br>5115 JOANNE KEARNEY BLVD.<br>TAMPA, FL 33619 |
| FLORIDA TRUCKING COMPANY, INC<br>5115 JOANNE KEARNEY BLVD.<br>TAMPA, FL 33619 | FLOWLINE TAPPING SERVICES<br>13775 AUTOMOBILE BLVD.<br>CLEARWATER, FL 33762-3808 | GE Commercial Finance Business<br>Property Corporation<br>10900 NE 4th St., #500<br>Bellevue, WA 98004 |
| Genuine Parts Co.<br>P.O. Box 409043<br>Atlanta, GA 30384 | GIDEONS & GRECO PLUMBING<br>121 CENTRAL AVE.<br>BRANDON, FL 33510 | Ginger Alloway<br>15802 Glenarm Dr.<br>Tampa, FL 33618 |

| | | |
|---|---|---|
| GLOBAL TOWER LLC<br>C/O SUNTRUST<br>P. O. BOX 102534<br>ATLANTA, GA 30368-2534 | GRAINGER<br>P. O. BOX 419267<br>DEPT. 810836114<br>KANSAS CITY, MO 64141-6267 | GRANDVIEW LANDSCAPING SVC<br>PO BOX 5340<br>OCALA, FL 34478 |
| HAMILTON ENG. & SURVEYING<br>311 N. NEWPORT AVE.<br>SUITE 100<br>TAMPA, FL 33605 | HANSON PIPE & PRECAST,INC<br>P.O. BOX 730498<br>DALLAS, TX 75373-0498 | Hasler Financial Services<br>P.O. Box 45850<br>San Francisco, CA 94145 |
| HD SUPPLY WATERWORKS<br>HDSWW AND SEWER<br>P. O. BOX 100467<br>ATLANTA, GA 30384-0467 | HDS/WHITE CAP CONST.SUPP.<br>P.O.BOX 535209<br>ATLANTA, GA 30353-5209 | HEIDT & ASSOCIATES, INC.<br>1602 N. 15TH STREET<br>TAMPA, FL 33605-5046 |
| Herbert Washington<br>c/o Stephen Barbas, Esq.<br>1802 West Cleveland St.<br>Tampa, FL 33606 | HIGHWAY TECHNOLOGIES INC.<br>33946 TREASURY CENTER<br>CHICAGO, IL 60694-6300 | HILL WARD & HENDERSON P.A<br>ATTORNEYS AT LAW<br>P. O. BOX 2532<br>TAMPA, FL 33601-2532 |
| HILL'S DIRT PIT<br>P O BOX 307<br>RIVERVIEW, FL 33568 | HOME DEPOT CREDIT SERVICE<br>P. O. BOX 9055<br>DES MOINES, IA 50368-9055 | HYDRAULIC PROFESSIONALS<br>1302 N. 34TH STREET<br>TAMPA, FL 33605 |
| HYDROGRASS TECHNOLOGIES<br>1551 GLOBAL COURT<br>SARASOTA, FL 34240 | IDEARC MEDIA CORP.<br>P. O. BOX 619009<br>DFW AIRPORT, TX 75261-9009 | IKON OFFICE SOLUTIONS<br>P. O. BOX 31001-0850<br>PASADENA, CA 91110-0850 |
| INDEPENDENCE RECYCLING<br>P. O. BOX 864391<br>ORLANDO, FL 32886-4391 | INDUSTRIAL & COMM PRODUCTS<br>24716 WEST MAIN ST.<br>BARSTOW, CA 92311 | IRON MOUNTAIN RECORDS MGT<br>P. O. BOX 27128<br>NEW YORK, NY 10087-7128 |
| J&C PILOT/ESCORT LLC<br>P. O. BOX 508<br>LITHIA, FL 33547 | J.E.HILL CONTRACTOR INC.<br>P. O. BOX 26063<br>TAMPA, FL 33622 | JMAR ENTERPRISES<br>P. O. BOX 6902<br>SPRING HILL, FL 34611 |
| JVS CONTRACTING<br>1608 N. 43RD STREET<br>TAMPA, FL 33605 | KAMAN INDUSTRIAL<br>TECHNOLOGIES<br>P.O. BOX 402847<br>ATLANTA, GA 30384-2847 | KC CURB INC<br>P O BOX 721236<br>ORLANDO, FL 32872-1236 |
| Kearney Construction Co., Inc.<br>5115 Joanne Kearney Blvd.<br>Tampa, FL 33619 | KIMMINS CONTRACTING<br>1501 2ND AVE<br>TAMPA, FL 33605 | KNL LABORATORY SERVICES<br>P. O. BOX 1833<br>TAMPA, FL 33601 |

| | | |
|---|---|---|
| LABOR READY SOUTHEAST INC<br>P. O. BOX 740435<br>ATLANTA, GA 30374-0435 | LANE CONSTRUCTION CORP<br>90 FIELDSTONE COURT<br>CHESHIRE, CT 06410-1212 | LaSalle Bank, N.A.<br>135 S. La Salle St.<br>Chicago, IL 60603 |
| LEAL SOD SERVICES<br>STEINER DYNAMICS INC.<br>P. O. BOX 19864<br>SARASOTA, FL 34276 | LENGEMANN OF FLORIDA<br>RASUCO INC.<br>P.O. BOX 39<br>ALTOONA, FL 32702 | LINEX MARKINGS INC.<br>3752 COPELAND DRIVE<br>ZEPHYRHILLS, FL 33542 |
| LOVIN CONSTRUCTION INC<br>6204 33RD STREET EAST<br>BRADENTON, FL 34204 | LUCAS MARINE CONSTRUCTION<br>P. O. BOX 262755<br>TAMPA, FL 33685-2755 | M E WILSON & COMPANY<br>300 WEST PLATT STREET<br>TAMPA, FL 33601 |
| MACK CONCRETE IND.<br>P.O. BOX 1409<br>BRUNSWICK, OH 44212 | MAINLINE SUPPLY - TAMPA<br>WACHOVIA BANK<br>P. O. BOX 934450<br>ATLANTA, GA 31193-4450 | MANGO CLEANERS<br>11744 MLK BLVD.<br>SEFFNER, FL 33584 |
| MARIANI ASPHALT CO.<br>P.O. BOX 12626<br>ROANOKE, VA 24027 | MARK'S GRADALL SERVICE IN<br>P.O. BOX 3336<br>RIVERVIEW, FL 33568-3336 | MARKMASTER, INC.<br>11111 N. 46TH STREET<br>TAMPA, FL 33617 |
| MAROLF ENVIRONMENTAL INC.<br>4430 ERIE DRIVE<br>NEW PORT RICHEY, FL 34652 | MASTHEAD HOSE & SUPPLY<br>P. O. BOX 861777<br>ORLANDO, FL 32886-1777 | MCGRAW-HILL CONSTRUCTION<br>7625 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0076 |
| MID FLORIDA TREE SERVICE<br>11704 JACKSON RD<br>THONOTOSASSA, FL 33592 | MID-COAST AGGREGATES,LLC<br>7000 S.R. 50<br>WEBSTER, FL 33597 | Mid-Florida Wood Recycling<br>11704 Jackson Rd.<br>Thonotosassa, FL 33592 |
| MIDDLESEX ASPHALT LLC<br>10801 COSMONAUT BLVD.<br>ORLANDO, FL 32824 | MOATES FLORIST<br>TRANSPLANTS INC.<br>5034 N.NEBRASKA AVE.<br>TAMPA, FL 33603 | MODULAR SPACE CORPORATION<br>P.O. BOX 12603<br>COLLECTION CENTER DR.<br>CHICAGO, IL 60693-0126 |
| MOTHERS ORGANICS<br>P. O. BOX 919252<br>ORLANDO, FL 32891-9252 | NACM SERVICES CORP.<br>PO BOX 21798<br>TAMPA, FL 33622 | NATIONAL CONSTRUCTION RTL<br>NATIONAL RENT-A-FENCE<br>P. O. BOX 4503<br>PACOIMA, CA 91333-4503 |
| NATIONAL ENVIRONMENTAL<br>TECHNOLOGIES<br>12435 JESS WALDEN ROAD<br>DOVER, FL 33527 | NEENAH FOUNDRY CO<br>P.O. BOX 729<br>NEENAH, WI 54957 | NORTRAX EQUIPMENT CO.<br>4042 PARK OAKS BLVD.<br>SUITE 200<br>TAMPA, FL 33610 |

| | | |
|---|---|---|
| OLDCASTLE PRECAST INC.<br>P. O. BOX 402721<br>ATLANTA, GA 30384-2721 | OLIN MOTT TIRE STORES<br>P. O. BOX 11994<br>TAMPA, FL 33680 | PAINTS & COATINGS<br>17660 EAST STREET<br>NORTH FORT MYERS, FL 33917 |
| PALMETTO PRIME<br>5423 N. 59TH STREET<br>TAMPA, FL 33610 | Parking Lot Striping Service<br>P.O. Box 11005<br>Tampa, FL 33681 | PASCO LAKES, INC.<br>9344 OLD PASCO RD.<br>WESLEY CHAPEL, FL 33544 |
| PATCO TRANSPORT, INC<br>P. O. BOX 2829<br>BELLEVIEW, FL 34421 | PAW MATERIALS, INC<br>6640 STATE RD. 52 W.<br>HUDSON, FL 34667 | PAW TRUCKING INC<br>6640 STATE ROAD 52W<br>HUDSON, FL 34667 |
| PIONEER CONCRETE PUMPING<br>8812 INDUSTRIAL DR.<br>TAMPA, FL 33637 | PORTABLE SANITATION OF<br>TAMPA, INC.<br>P. O. BOX 271385<br>TAMPA, FL 33688 | PORTER PAINTS<br>P. O. BOX 536864<br>ATLANTA, GA 30353 |
| POSEY DISTRIBUTING CO.INC<br>4319 40TH STREET<br>TAMPA, FL 33611 | POWER KLEEN CORP.<br>101 S BAYVIEW BLVD.<br>OLDSMAR, FL 34677 | POWERSCREEN OF FLORIDA IN<br>P O BOX 5802<br>LAKELAND, FL 33807 |
| PRECISION PAVING OF TAMPA<br>D/B/A AZZARELLI PAVING<br>7825 DEPOT LANE<br>TAMPA, FL 33637 | PREFERRED MATERIALS INC.<br>P. O. BOX 679<br>ELFERS, FL 34680 | PREMIER PORTALETS<br>MCCOLLOUGH PARTY RENTALS<br>118 AVENUE A,S.E.<br>WINTER HAVEN, FL 33880 |
| PROTECTIVE BARRIER SVC IN<br>623 NE 5TH TERRACE<br>FT LAUDERDALE, FL 33304 | Provident Townhomes<br>c/o Michael Carey, Esq.<br>712 S. Oregan Ave<br>Tampa, FL  33606 | R&D TRUCKING&HAULING LLC<br>DONALD R. EDWARDS<br>P. O. BOX 1820<br>LAND O LAKES, FL 34639 |
| R&R INDUSTRIES INC<br>1000 CALLE CORDILLERA<br>SAN CLEMENTE, CA 92673-6235 | RANGER CONSTRUCTION<br>1200 ELBOC WAY<br>WINTER GARDEN, FL 34787 | RECOVERY ONE DISASTER SVC<br>SUMMIT FINANCIAL RESOURCE<br>P. O. BOX 533176<br>CHARLOTTE, NC 28290-3176 |
| RED ROOF INN CORP.<br>P. O. BOX 849800<br>DALLAS, TX 75284-9800 | RH MOORE & ASSOCIATES,INC<br>P O BOX 16549<br>TAMPA, FL 33687 | RIGHT EQUIPMENT CO.<br>AAA REPROGRAPHICS<br>12445 62ND ST.N. STE. 303<br>LARGO, FL 33773 |
| RILEY'S CONTRACTOR INC<br>P.O. BOX 310425<br>TAMPA, FL 33680-0425 | RING POWER CORPORATION<br>P. O. BOX 116987<br>ATLANTA, GA 30368-6987 | RINKER MATERIALS<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 |

| | | |
|---|---|---|
| RINKER MATERIALS CORP.<br>CEMEX<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 | RITZ SAFETY LLC<br>P.O. BOX 550023<br>TAMPA, FL 33655-0023 | ROADSAFE TRAFFIC SYSTEMS<br>1365 NE 119TH STREET<br>MIAMI, FL 33161 |
| Robert Johnson<br>c/o Casey Carlson, Esq.<br>250 Belcher Rd N., #102<br>Clearwater, FL 33765 | ROCKWELL BUILDING SYSYTEM<br>11946 BOYETTE RD.<br>RIVERVIEW, FL 33569 | ROLL OFF SERVICES OF FL<br>WEST COAST WASTE INC.<br>P.O. BOX 15444<br>TAMPA, FL 33684 |
| SAFETY PRODUCTS, INC.<br>P.O. BOX 1688<br>EATON PARK, FL 33840 | SAFETY-KLEEN<br>P. O. BOX 650509<br>DALLAS, TX 75265-0509 | SAMUEL EXPRESS INC.<br>T-PATCH<br>P. O. BOX 740<br>LAKELAND, FL 33802-0740 |
| SEFFNER ROCK & GRAVEL<br>BOTHE TRUCKING INC.<br>9715 EAST US HWY 92<br>TAMPA, FL 33610-5928 | SENTRY BARRICADES INC.<br>P. O. BOX 3647<br>LAKELAND, FL 33802-3647 | SHOOP HAY SERVICE LLC<br>PO BOX 204<br>BALM, FL 33503 |
| SIR SPEEDY PRINTING #5076<br>MXN INC.<br>10120 WOODBERRY RD.<br>TAMPA, FL 33619-8006 | Skimmers, Inc.<br>Zack Tech Consulting, Inc.<br>13466 Summer Rain Dr.<br>Orlando, FL 32828 | Slate Enterprises, Inc.<br>P.O. Box 1615<br>Thonotosassa, FL 33592 |
| SMELT FEED & PET SUPPLY<br>4116 E. 7TH AVENUE<br>TAMPA, FL 33605 | SOUTH FLORIDA FENCE INC<br>P. O. BOX 925<br>SEFFNER, FL 33583 | SOUTHERN EQUIPMENT CORP<br>1720 W. CLEVELAND ST.<br>TAMPA, FL 33606 |
| SOUTHERN LOCK &SUPPLY CO<br>P.O. BOX 1980<br>PINELLAS PARK, FL 33780-1980 | SOUTHERN PRECISION INC<br>P O BOX 338<br>LUTZ, FL 33548 | SOUTHWEST SIGNAL INC.<br>P. O. BOX 189<br>LAND O LAKES, FL 34639 |
| SPEEDY CONCRETE CUTTING<br>2579 N.W. 19TH STREET<br>FORT LAUDERDALE, FL 33311 | STAPLES BUSINESS ADVANTGE<br>DEPT ATL P.O.BOX 405386<br>ATLANTA, GA 30384-5386 | STEPP'S TOWING SERVICE<br>9602 E. HWY 92<br>TAMPA, FL 33610-5928 |
| SUN COUNTRY MATERIALS LLC<br>WASTE SRVC.ATTN R.KINNEY<br>11457 COUNTY ROAD 672<br>RIVERVIEW, FL 33569 | SUNBELT RENTALS INC<br>P.O. BOX 409211<br>ATLANTA, GA 30384-9211 | Suncoast Elevator Inspections<br>of Florida, LLC<br>5318 38th Ave W.<br>Bradenton, FL 34209 |
| SUNCOAST PAVING INC<br>800 ANCLOTE ROAD<br>TARPON SPRINGS, FL 34689 | SUNRISE LANDSCAPING CONTR<br>P. O. BOX 16531<br>TAMPA, FL 33687 | T E TAYLOR INC<br>P. O. BOX 621<br>BRANDON, FL 33509 |

| | | |
|---|---|---|
| T-CON, INC.<br>3023 N. FLORIDA AVE.<br>TAMPA, FL 33603 | TAMPA AREA SAFETY COUNCIL<br>1113 E. MLK BLVD.<br>TAMPA, FL 33603 | TAMPA PAVEMENT CONSTRUCTION<br>918 E. BUSCH BLVD.<br>TAMPA, FL 33612 |
| TAMPA SPRING CO<br>DEPARTMENT 1265<br>P. O. BOX 2153<br>BIRMINGHAM, AL 35287-1265 | TC PRINE INC.<br>DBA STRIPE IT RITE<br>495 CABOOSE PLACE<br>MULBERRY, FL 33860 | TDW Services, Inc.<br>P.O. Box 2271<br>Tulsa, OK 74101 |
| TENNANT SALES & SERVICE<br>P. O. BOX 1452<br>MINNEAPOLIS, MN 55440-1452 | THOMPSON PUMP<br>& MANUFACTURING CO.,INC.<br>P.O. BOX 291370<br>PORT ORANGE, FL 32029-1370 | THOMPSON SIZEMORE &<br>GONZALEZ<br>P O BOX 639<br>TAMPA, FL 33601 |
| TOTAL FUNDS BY HASLER<br>P. O. BOX 31021<br>TAMPA, FL 33631-3021 | TOTAL MOBILTRONICS<br>JAYMES DEL WININGER<br>7207 WESTPOINT DR.<br>WESLEY CHAPEL, FL | TRAFFIC CONTROL DEVICES<br>242 N.WESTMONTE DRIVE<br>ALTAMONTE SPRINGS, FL 32714 |
| TRAFFIC CONTROL PRODUCTS<br>OF FLORIDA, INC.<br>5514 CARMACK ROAD<br>TAMPA, FL 33610-9416 | TRAFFIC SERVICES INC.<br>2400 SE FEDERAL HWY.<br>STE. 210<br>STUART, FL 34994 | Travelers Casualty and Surety Co.<br>c/o Seth Mills, Esq.<br>100 N Tampa St, Ste 2010<br>Tampa, FL 33602 |
| Travelers Casualty and Surety Co.<br>One Tower Square<br>Hartford, CT 06183 | TRAVIS RESMONDO SOD, INC.<br>P.O. BOX 966<br>DUNDEE, FL 33838-0966 | TRUE-LINE CORING & CUTTING<br>P. O. BOX 87-9745<br>KANSAS CITY, MO 64187-9745 |
| TURTLE SOUTHEAST INC<br>P. O. BOX 1858<br>LARGO, FL 33779 | UNITED RENTAL NORTH AMER.<br>P. O. BOX 100711<br>ATLANTA, GA 30384-0711 | UNITED RENTALS TRENCH SAF<br>P. O. BOX 100711<br>ATLANTA, GA 30684 |
| UNITED SITE SERVICES<br>3506 81ST COURT EAST<br>BRADENTON, FL 34211 | US FOUNDRY & MFG CO<br>P. O. BOX 918717<br>ORLANDO, FL 32891-8717 | US SHORING & EQUIPMENT CO<br>SDS 12-0749<br>P. O. BOX 86<br>MINNEAPOLIS, MN 55486-0749 |
| USA FENCE CO. INC.<br>2001 NORTH 40TH STREET<br>TAMPA, FL 33605-4547 | USA Real Estate Profit<br>c/o Tampa Bay Property Mgmt<br>8249 Kristel Cir<br>Tarpon Springs, FL 34688 | VANGUARD OF FLORIDA LLC<br>7401 WILES ROAD #110<br>CORAL SPRINGS, FL 33067 |
| VIDEO SCAN, INC.<br>P.O. BOX 307<br>OLDSMAR, FL 34677-0307 | VINELAND DEVELOPMENT CORP<br>1771 EXECUTIVE ROAD SOUTH<br>WINTER HAVEN, FL 33884 | Water/Waste Water Systems<br>P.O. Box 15120<br>Tampa, FL 33684 |

| | | |
|---|---|---|
| WD WILSON INC.<br>3005 54TH STREET SOUTH<br>TAMPA, FL 33619 | WEAVER AGGREGATE TRANSPRT<br>P. O. BOX 39<br>SUMTERVILLE, FL 33585 | Wellington Manor HOA  Woodshed Partners,<br>c/o Michael VanDerZee, Esq.<br>201 E. Kennedy Blvd., #775<br>Tampa, FL  33602 |
| Wells Fargo Equipment Finance, Inc,.<br>1540 W. Fountainhead Pkwy<br>Tempe, AZ 85282 | Wells Fargo Equipment Finance, Inc.<br>c/o Patrick Skelton, Esq.<br>100 N. Tampa St., 4100<br>Tampa, FL 33602 | WHEELABRATOR RIDGE ENERGY<br>P. O. BOX 7247-6556<br>PHILADELPHIA, PA 19170-6556 |
| Wilbert Francis<br>c/o Chris Kavouklis, Esq.<br>115 S. Newport Ave.<br>Tampa, FL  33606 | William Mosley<br>c/o Scott Eldridge, Esq.<br>201 N. Franklin St., #1775<br>Tampa, FL  33602 | WILSON MILLER<br>P. O. BOX 409756<br>ATLANTA, GA 30384-9756 |
| WINZER CORPORATION<br>P.O. BOX 671482<br>DALLAS, TX 75267-1482 | WISTERIA INVESTMENTS LLC<br>5968 107th TERRACE<br>PINELLAS PARK, FL 33782 | WRS INFRASTRUCTURE &<br>ENVIRONMENT, INC.<br>1776 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 |
| Xact Supply Co., Inc.<br>P.O. Box 7067<br>Tampa, FL 33673 | ZEP MANUFACTURING CO.<br>P. O. BOX 404628<br>ATLANTA, GA 30384-4628 | ZURICH NORTH AMERICA<br>8734 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |