B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  Kearney Construction Co., LLC  
                            Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| FERGUSON WATERWORKS<br>8008 E. SLIGH AVE.<br>TAMPA, FL 33610 | FERGUSON WATERWORKS<br>8008 E. SLIGH AVE.<br>TAMPA, FL 33610 | | | 1,941,173.46 |
| MIDDLESEX ASPHALT LLC<br>10801 COSMONAUT BLVD.<br>ORLANDO, FL 32824 | MIDDLESEX ASPHALT LLC<br>10801 COSMONAUT BLVD.<br>ORLANDO, FL 32824 | | | 1,357,336.63 |
| AJAX PAVING, INC.<br>510 GENE GREEN RD.<br>NOKOMIS, FL 34275-3624 | AJAX PAVING, INC.<br>510 GENE GREEN RD.<br>NOKOMIS, FL 34275-3624 | | | 812,081.84 |
| AMERICAN LIGHTING & SIGNALIZATION INC.<br>11639 DAVIS CREEK RD.EAST<br>JACKSONVILLE, FL 32256 | AMERICAN LIGHTING & SIGNALIZATION INC.<br>11639 DAVIS CREEK RD.EAST<br>JACKSONVILLE, FL 32256 | | | 779,342.52 |
| OLDCASTLE PRECAST INC.<br>P. O. BOX 402721<br>ATLANTA, GA 30384-2721 | OLDCASTLE PRECAST INC.<br>P. O. BOX 402721<br>ATLANTA, GA 30384-2721 | | | 457,814.15 |
| TAMPA PAVEMENT CONSTRUCTION<br>918 E. BUSCH BLVD.<br>TAMPA, FL 33612 | TAMPA PAVEMENT CONSTRUCTION<br>918 E. BUSCH BLVD.<br>TAMPA, FL 33612 | | | 445,654.71 |
| MAINLINE SUPPLY - TAMPA<br>WACHOVIA BANK<br>P. O. BOX 934450<br>ATLANTA, GA 31193-4450 | MAINLINE SUPPLY - TAMPA<br>WACHOVIA BANK<br>P. O. BOX 934450<br>ATLANTA, GA 31193-4450 | | | 403,149.98 |
| TRAFFIC CONTROL PRODUCTS OF FLORIDA, INC.<br>5514 CARMACK ROAD<br>TAMPA, FL 33610-9416 | TRAFFIC CONTROL PRODUCTS OF FLORIDA, INC.<br>5514 CARMACK ROAD<br>TAMPA, FL 33610-9416 | | | 345,662.54 |
| RINKER MATERIALS<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 | RINKER MATERIALS<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 | | | 342,868.81 |
| PREFERRED MATERIALS INC.<br>P. O. BOX 679<br>ELFERS, FL 34680 | PREFERRED MATERIALS INC.<br>P. O. BOX 679<br>ELFERS, FL 34680 | | | 326,239.63 |
| APAC, INC. CENTRAL FLA.<br>P. O. BOX 198641<br>ATLANTA, GA 30384-8641 | APAC, INC. CENTRAL FLA.<br>P. O. BOX 198641<br>ATLANTA, GA 30384-8641 | | | 261,880.84 |

B4 (Official Form 4) (12/07) - Cont.
In re   Kearney Construction Co., LLC                                                           Case No. _____
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| B&B HORIZONTAL OF MANATEE<br>P. O. BOX 594<br>PARISH, FL 34219 | B&B HORIZONTAL OF MANATEE<br>P. O. BOX 594<br>PARISH, FL 34219 | | | 258,535.80 |
| TRAVIS RESMONDO SOD, INC.<br>P.O. BOX 966<br>DUNDEE, FL 33838-0966 | TRAVIS RESMONDO SOD, INC.<br>P.O. BOX 966<br>DUNDEE, FL 33838-0966 | | | 237,693.81 |
| ASSOCIATED CONSTRUCTION PRODUCTS, INC.<br>25352 WESLEY CHAPEL BLVD.<br>LUTZ, FL 33559 | ASSOCIATED CONSTRUCTION PRODUCTS, INC.<br>25352 WESLEY CHAPEL BLVD.<br>LUTZ, FL 33559 | | | 224,211.52 |
| FLORIDA CRUSHED STONE CO.<br>CEMEX<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 | FLORIDA CRUSHED STONE CO.<br>CEMEX<br>P. O. BOX 905875<br>CHARLOTTE, NC 28290-5875 | | | 176,908.68 |
| LANE CONSTRUCTION CORP<br>90 FIELDSTONE COURT<br>CHESHIRE, CT 06410-1212 | LANE CONSTRUCTION CORP<br>90 FIELDSTONE COURT<br>CHESHIRE, CT 06410-1212 | | | 176,378.62 |
| PRECISION PAVING OF TAMPA<br>D/B/A AZZARELLI PAVING<br>7825 DEPOT LANE<br>TAMPA, FL 33637 | PRECISION PAVING OF TAMPA<br>D/B/A AZZARELLI PAVING<br>7825 DEPOT LANE<br>TAMPA, FL 33637 | | | 174,964.18 |
| BLEVINS ROAD BORING<br>15044 REGINALD LANE<br>HUDSON, FL 34667 | BLEVINS ROAD BORING<br>15044 REGINALD LANE<br>HUDSON, FL 34667 | | | 168,627.48 |
| T-CON, INC.<br>3023 N. FLORIDA AVE.<br>TAMPA, FL 33603 | T-CON, INC.<br>3023 N. FLORIDA AVE.<br>TAMPA, FL 33603 | | | 164,586.31 |
| JMAR ENTERPRISES<br>P. O. BOX 6902<br>SPRING HILL, FL 34611 | JMAR ENTERPRISES<br>P. O. BOX 6902<br>SPRING HILL, FL 34611 | | | 162,315.25 |

B4 (Official Form 4) (12/07) - Cont.
In re   Kearney Construction Co., LLC                              Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   8/25/09                    Signature   /s/ Brian W. Seeger
                                              **Brian W. Seeger**
                                              **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy