UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                     Chapter 11

KEARNEY CONSTRUCTION CO., LLC,         Case No. 8:09-bk-18848-CED

      Debtor.
_____/

## DEBTORS' JOINT CASE MANAGEMENT SUMMARY

Debtors, KEARNEY CONSTRUCTION CO., LLC ("**KCC**"), KEARNEY CONSTRUCTION COMPANY, INC. ("**KCC INC.**"), and AVT EQUIPMENT, LLC (**"AVT"**) (collectively, the "**DEBTORS**"), by and through their undersigned attorneys, and pursuant to Administrative Order FLMB-2009-1, hereby file this Joint Chapter 11 Case Management Summary (the "**Summary**").[1] For its Joint Summary, the Debtors state the following:

### Introduction

On August 26, 2009 (the "**Petition Date**"), the Debtors filed Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are affiliates of FLORIDA EQUIPMENT CO., LLC ("**FEC**") and FLORIDA TRUCKING CO., INC, ("**FTC**"). FTC and FEC previously filed Voluntary Petitions for Relief under the Bankruptcy Code on June 4, 2009, jointly administered under Case No. 8:09-bk-11791-CED (collectively, FTC and FEC shall be referred to as the "**Affiliate Debtors**").

---

[1] Identical Case Management Summaries are being filed simultaneously in all three (3) cases.

## Case Management Items

I. **Description of the Debtors Businesses**

KCC and KCC INC. are the construction components of a group of related family companies with over 53 years of experience in the construction industry, specializing in site development and infrastructure construction including clearing, earthwork, utility construction, storm drainage, curbs, sidewalks, and roadwork including sub-base, base, and asphalt placement. ATV owns and operates equipment used by KCC and KCC INC. FEC and FTC provide trucking and hauling services for the Debtors and their affiliates.

II. **Location of Debtor's Operations and Whether Leased or Owned**

The Debtors business offices are located at 5115 Joanne Kearney Blvd., Tampa, Florida 33619 (the "**Business Offices**"). The Debtors and their affiliates own the Business Offices and share pro rata the costs and expenses related to the mortgage, taxes, insurance, utilities, and maintenance.

III. **Reasons for Filing Chapter 11**

The Debtors' surety company, the issuer of its payment and performance bonds, Travelers Casualty and Surety Company of America ("**Travelers**"), recently terminated its long standing business relationship with the Debtors. The termination occurred on April 30, 2009. Travelers escalated its actions on July 24, 2009 by contacting the owners of the Debtors' bonded projects, demanding that all future payments for completed work be remitted directly to the surety. This precipitous action left the Debtors with the responsibility to complete the work without the benefit of the revenue earned from performance.

Financing in the construction industry is essential and the Debtors had a banking relationship through a secured letter line of credit with a national bank. The line of credit expired on August 18, 2009, and there are no options available to replace this financing.

The credit crisis has caused a slump in Florida real estate development and infrastructure construction. The Debtors business is primarily based upon the construction of privately developed projects. Many of these developers were forced into bankruptcy by lenders who stopped funding construction loans. Other developers refused to pay the Debtors, as was the case with a local mall project.

The statewide slump in real estate and infrastructure development, as well as rising fuel costs in recent periods, have caused the Debtors and the Affiliate Debtors to experience cash flow problems, which have led to a default in payments to certain secured creditors of the Affiliate Debtors, including Wells Fargo Equipment Finance, Inc. ("**Wells Fargo**") and to GE Capital Corp. ("**GE Capital**"). The Debtor is a guarantor of the Affiliate Debtors indebtedness to these secured creditors.

The Affiliate Debtors' prepetition negotiations with Wells Fargo to work-out a modification of the secured indebtedness failed when Wells Fargo threatened replevin of certain trucks used in the Affiliate Debtors operations (the "Trucks"). The Debtor contracts with the Affiliate Debtors for use of the Trucks to haul dirt and other materials. Since the Trucks are necessary to the Affiliate Debtor's operations, the Affiliate Debtors filed for protection under Chapter 11.

### IV. List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing

The Debtor derives economic benefit from the consolidation of certain administrative overhead costs with both the Affiliate Debtors and other non-debtor affiliates. Administrative overhead costs, including certain payroll obligations, are apportioned on a pro rata basis between the Debtor, the Affiliate Debtors, and other non-debtor affiliates. The following salaries are the allocated amounts paid to officers and insiders by the Debtor.

OWNER/INSIDERS

Bing Kearney is the Chairman of the Debtors, a Managing Member of KCC and AVT, and a shareholder of KCC Inc. In the year prior to filing, Mr. Kearney received an allocated annual salary from the Debtors in the amount of $515,854.49. Mr. Kearney's current annual allocated compensation is $220,443.80.

Brian Seeger is the President of the Debtors, and Managing Member of KCC and AVT, and a shareholder of KCC Inc. In the year prior to filing, Mr. Seeger received an allocated annual salary from the Debtors in the amount of $612,042.89. Mr. Seeger's current annual allocated compensation is $253,143.80.

INSIDERS

Chase Kearney performs Sales/Marketing functions for the Debtors. In the year prior to filing, Mr. Chase Kearney received an allocated annual salary from the Debtors in the amount of $18,338.32. Mr. Chase Kearney's current annual allocated compensation is $18,338.32.

Clay Kearney performs Facilities Management functions for the Debtors. In the year prior to filing, Mr. Clay Kearney received an allocated annual salary from the Debtors in the amount of $18,338.32. Mr. Clay Kearney's current annual allocated compensation is $18,338.32.

OFFICERS

Frank Hansen is the Vice President- Estimating of KCC and KCC Inc. In the year prior to filing, Mr. Hansen received an allocated annual salary from KCC and KCC Inc. in the amount of $328,865.72. Mr. Hansen's current annual allocated compensation is $217,115.60.

Ken Montague is the Vice President- Field Operations of KCC and KCC Inc. In the year prior to filing, Mr. Montague received an allocated annual salary from KCC and KCC Inc. in the amount of $388,770.16. Mr. Montague's current annual allocated compensation is $254,010.64.

Jeff Joaquin is the Vice President- Operations of KCC and KCC Inc. In the year prior to filing, Mr. Joaquin received an allocated annual salary from KCC and KCC Inc. in the amount of $317,828.88. Mr. Joaquin's current annual allocated compensation is $238,001.40.

Joseph Pitre is the Chief Financial Officer and Secretary of the Debtors. In the year prior to filing, Mr. Pitre received an allocated annual salary from the Debtors in the amount of $201,047.35  Mr. Pitre's current annual allocated compensation is $158,865.05.

## V. Debtors' Annual Gross Revenues

The Debtors' approximate annual gross revenues to date are as follows:

| Year To Date | $18,184,507 |
|---|---|
| Fiscal Year End 03/31/09 | $65,532,878 |
| Fiscal Year End 03/31/08 | $80,686,216 |
| Fiscal Year End 03/31/07 | $107,384,656 |

## VI. Approximate Amounts Owed to Various Classes of Creditors

|  | SECURED | UNSECURED |
|---|---|---|
| KCC | $23,491,435 | $17,946,857 |
| KCC INC | $790,000 | $357,000 |
| AVT | $6,209,165 | $186,724 |

The Debtors reserve the right to object to the amount of creditors' claims, or the extent, validity, and priority of their respective lien interests. The limited interval of time elapsed since the Petition Date and the emergency nature of the relief requested has not allowed the Debtors to complete its investigation as to the extent, validity, and priority of the creditor claims and/or liens, and accordingly such reservation of rights is necessary.

## VII. General Description and Approximate Value of the Debtor's Current and Fixed Assets

The Debtors' assets consist primarily of equipment, accounts receivable, and cash as follows:

|         | EQUIPMENT     | ACCOUNTS RECEIVABLE | CASH         |
|---------|---------------|---------------------|--------------|
| KCC     | $1,691,780    | $13,506,871         | $1,284,786   |
| KCC INC | $828,702      | $652,630            | $470,248     |
| AVT     | $3,569,565    | $171,436            | $8,433       |

**VIII.  Number of Employees and Amount of Wages Owed as of Petition Date**

KCC Inc. maintains 155 total employees. Non-debtor affiliates and Affiliated Debtors pay an apportioned share of an employee's salary based upon the use of an employee's time.

**IX.  Status of Debtor's Payroll and Sales Tax Obligations**

At the time of filing, KCC owed approximately $94,200 in prepetition employee payroll obligations for the period of August 23 – 26, 2009. No sales tax was owed at the time of filing the Petition.

**X.  Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtors anticipate filing the following motions requesting emergency relief within 14 days of the Petition Date:

1. Motion to Approve Use of Cash Collateral.

2. Motion to Jointly Administer Bankruptcy Case with that of Affiliate Debtors.

3. Motion for Authorization to Pay Officer and Insider Salaries.

4. Motion for Authorization to Pay Employee Salaries.

5. Motion to Prohibit Utilities from Discontinuing Service.

6. Motion to Continue Use of Certain Prepetition Bank Accounts.

WHEREFORE, the Debtors respectfully submit this as its Case Management Summary.

DATED: August 31, 2009.

/s/Barbara A. Hart
Stephen R. Leslie (FBN 000349)
Barbara A. Hart (FBN 0512036)
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
sleslie@srbp.com
bhart@srbp.com
Attorneys For Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEBTORS' CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished by the Court's CM/ECF system on the 31 day of August 2009**,** to the Office of the United States Trustee.

/s/ Barbara A. Hart
Barbara A. Hart